UNITED STATES DISTICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MYRON A. GRACE, | ) | CASE NO. 1:17 CV 2038 |
| Plaintiff, | ) ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) ) | **JOINT MOTION FOR DISMISSAL** |
| AAA INSURANCE AUTO CLUB GROUP, et al. | ) ) ) | **WITH PREJUDICE** |
| Defendants. | ) ) | |

So Ordered.
/s/ Patricia A. Gaughan
11/20/17

Now come Defendants, AAA Insurance, The Auto Club Group, AAA Insurance, The Auto Club Group, AAA Insurance, Katherine Probert, Agent, The Auto Club Group, by and through counsel, and Plaintiff, pro se, and hereby jointly request this Honorable Court dismiss this matter with prejudice at Plaintiff's costs. It is requested that the Court retain continuing jurisdiction over enforcement of the resolution of this matter.

Myron A. Grace, Plaintiff pro se
7519 Mentor Avenue Suite A-110
Mentor, Ohio 44060
T: 440-657-6494
E-Mail: tvpilots@yahoo.com
Plaintiff, pro se

Respectfully Submitted,

/s/ Brian T. Winchester

Brian T. Winchester (0069076)
McNeal Schick Archibald & Biro Co., LPA
123 West Prospect Avenue, Suite 250
Cleveland, Ohio 44115
T: 216-621-9870  F: 216-522-1112
E-Mail: btw@msablaw.com
*Attorney for the Defendants*